IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAXI DORMEVIL, JR. | : CIVIL ACTION |
| v. | : NO. 23-3025 |
| DOMESTIC RELATIONS OFFICE DELAWARE COUNTY PENNSYLVANIA CHILD SUPPORT AGENCY, VALERIE ESSAF, PATRICIA COACHER, LINDA CARTISANO | : |

## ORDER

**AND NOW**, this 19th day of September 2023, after granting leave to Plaintiff to proceed without paying filing fees (ECF No. 8), having now completed the Congressionally mandated section 1915 screening of his pro se allegations challenging Judge Cartisano's July 2023 child support order by suing the Judge, Domestic Relations Office, and officers in the Domestic Relations Office, and finding his equitable claims are barred by the *Younger* doctrine and he otherwise seeks damages from immune state actors challenging conduct in connection with their official responsibilities or against entities not persons under federal law, it is **ORDERED**:

1. We **dismiss** the Complaint (ECF No. 2) **with prejudice** as Plaintiff cannot pursue damages and equitable claims against these Defendants challenging the process leading to, or the entry of, the state court's July 2023 child support Order as a matter of law; and,

2. The Clerk of Court shall **CLOSE** this case.

KEARNEY, J.